**Dismiss and Opinion Filed July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00433-CV

## IN THE INTEREST OF I.J.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-15344**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

By letter dated April 2, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days. On June 30, 2015, we notified appellant that the Dallas County District Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that he had either paid or made payment arrangements for the clerk's record or that he was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).


150433F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF I.J.M., A CHILD,

No. 05-15-00433-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-15344.
Opinion delivered by Justice Whitehill, Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered July 31, 2015.